# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSE MARIE CARRIER, | |
| Plaintiff, | |
| v. | Case No. 4:13-cv-00471-JED-PJC |
| UNITED SERVICES AUTOMOBILE ASSOCIATION; and USAA CASUALTY INSURANCE COMPANY, | The Honorable John E. Dowdell |
| Defendants. | |

## ORDER FOR REMAND

For the reasons set forth in the Joint Stipulation for Remand filed by the Parties (Doc. 28), it is hereby ORDERED that this matter is remanded to the Tulsa County District Court, State of Oklahoma.

IT IS SO ORDERED this 24th day of October, 2013.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE

Case 4:13-cv-00471-JED-PJC   Document 29 Filed in USDC ND/OK on 10/24/13   Page 2 of 2

<u>Approved:</u>

  s/ Carin L. Marcussen
————————————————
(Signed by Filing Attorney with permission of Plaintiff's Attorney)
Simone Gosnell Fulmer, OBA #17037
Carin L. Marcussen, OBA #19869
WHITTEN BURRAGE
1215 Classen Drive
Oklahoma City, OK  73103
(405) 516-7800 (Telephone)
(405) 516-7859 (Facsimile)
sfulmer@whittenburragelaw.com
cmarcussen@whittenburragelaw.com

**Attorneys for Plaintiff**


  s/  Lance E. Leffel
————————————————
Lance E. Leffel, OBA #19511
Kyle D. Evans, OBA #22135
FELLERS SNIDER BLANKENSHIP
  BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK  73102
(405) 232-0261 (Telephone)
(405) 232-9659 (Facsimile)
lleffel@fellerssnider.com
kevans@fellerssnider.com

John D. Russell, OBA #13343
Sofia R. Nagda, OBA #30190
FELLERS SNIDER BLANKENSHIP
  BAILEY & TIPPENS, P.C.
321 S. Boston Avenue, Suite 800
Tulsa, OK  74103-3318
(918) 599-0621 (Telephone)
(918) 583-9659 (Facsimile)
jrussell@fellerssnider.com
srnagda@fellerssnider.com

**Attorneys for Defendants**

630896v1/80296